John D. McElwee, Dist. Atty., Sara Burlock, Asst. Dist. Atty., Caribou, for plaintiff.

Donald Goodridge, Houlton, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

The defendant, Mark V. Loubier, appeals from a judgment of the Superior Court, Aroostook County, entered after a jury verdict finding him guilty of operating a motor vehicle while under the influence of intoxicating liquor or with excessive alcohol in his blood, 29 M.R.S.A. § 1312–B (Supp. 1987). Loubier's sole contention on appeal is that the State failed to make an adequate in-court identification of him at trial. The record in this case reveals that the defendant was adequately identified by the State's witness, so as to allow the jury to be convinced of his guilt beyond a reasonable doubt. *See State v. Guptill,* 481 A.2d 772, 775 (Me.1984).

The entry is:

Judgment affirmed.

All concurring.

Steven C. Peterson (orally), Camden, for plaintiff.

Richard W. Elliott (orally), Boothbay Harbor, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Defendants, Frederick and Dorothy Kerr, appeal from a judgment of the Superior Court (Knox County), entered on a directed verdict in favor of the plaintiff, John Prince, who sued for breach of contract. Defendants argue that the trial court erred in directing the verdict in favor of the plaintiff on the issue of liability, and in denying the defendants' motions to dismiss and for directed verdict. Contrary to the defendants' contentions, the record on appeal shows the contract was supported by sufficient consideration and the defendants provided insufficient evidence to establish the defense of impossibility of performance. *See Hoyt v. Tapley,* 121 Me. 239, 247–48, 116 A. 559, 562 (1922). Accordingly, the trial court's rulings were not in error.

The entry is:

Judgment affirmed.

All concurring.

**John R. PRINCE**

v.

**Frederick KERR, et al.**

Supreme Judicial Court of Maine.

Argued March 8, 1988.

Decided April 7, 1988.